TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00504-CV

ReCor, Inc., Appellant

v.

William E. Burke, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 94-07156-B, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING 

PER CURIAM

 The record in this appeal was filed on August 28, 1997. Appellant's brief was due 
September 27, 1997. Appellant did not file a brief or a motion for extension of time within which
to file a brief.

 By notice dated October 6, 1997, the Clerk of this Court advised appellant that its
brief was overdue and requested a response by October 16, 1997. The Clerk also cautioned
appellant that the Court could dismiss the appeal if neither a brief nor a motion were filed.
Appellant has not responded. We accordingly dismiss the appeal for want of prosecution. Tex.
R. App. P. 38.8(a)(1). 

 

Before Justices Powers, Aboussie and B. A. Smith

Dismissed for Want of Prosecution

Filed: December 11, 1997

Do Not Publish